[Cite as *In re Estate of Andolsek*, 2017-Ohio-893.]

## IN THE COURT OF APPEALS

## ELEVENTH APPELLATE DISTRICT

## LAKE COUNTY, OHIO

ESTATE OF:  PAUL P. ANDOLSEK,     :     **MEMORANDUM OPINION**
DECEASED

                                        :

                                            **CASE NO. 2017-L-011**

Civil Appeal from the Court of Common Pleas, Probate Division, Case No. 14 ES 0117.

Judgment: Appeal dismissed.

*Yolanda Andolsek*, pro se, 29236 Eddy Road, Willoughby Hills, OH  44092 (Appellant).

*Russell J. Meraglio*, Reminger Co., L.P.A., 101 West Prospect Avenue, Suite 1400, Cleveland, OH 44115-1093 and *Clifford C. Masch*, Reminger & Reminger  Co., L.P.A. 1400 Midland Building, 101 Prospect Avenue, West, Cleveland, OH 44115-1093 (For Appellee).

THOMAS R. WRIGHT, J.

{¶1} Appellant, Yolanda Andolsek, appeals the trial court's denial of her motion to reconsider its order overruling her motion to remove the estate administrator. Appellee moves for dismissal and appellant opposes.

{¶2} An entry granting or denying a motion to remove an executor of an estate is a final appealable order. R.C. 2505.02(B)(4).  *In re Estate of Geanangel*, 147 Ohio App.3d 131, 137 (2002).  A motion for reconsideration of a final appealable order is a

nullity. Consequently, judgments ruling on motions for reconsideration are a nullity and cannot be appealed. *Pitts v. Ohio Dept. of Transp.*, 67 Ohio St.2d 378, 381 (1981); *see also*, *Kuss v. Clements*, 11th Dist. No. 2012-P-0023, 2012-Ohio-1678, at ¶ 4.

{¶3} Accordingly, appellee's motion is granted. Appeal dismissed.

CYNTHIA WESTCOTT RICE, P.J.,
DIANE V. GRENDELL, J.,
concur.